IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:11-CR-119-1BO

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| SAMUEL TORRES | ) |

**AMENDED ORDER**

This matter is before the Court on motion by the petitioner, Samuel Torres, for the return of a 2001 Ford Ranger, 1997 Ford 250, and various tools seized from him during the investigation that led to his arrest and conviction before this Court. The Government has responded to the motion. The motion is GRANTED in part and DENIED in part.

Specifically, it appearing that the 1997 Ford 250 was forfeited with the consent of the petitioner and his counsel to the State of North Carolina in an Order entered March 21, 2013, his motion is denied as to this vehicle. However, as the Government consents to the release of the 2001 Ford Ranger and tools, currently held by the Asheboro Police Department, these items shall be returned to the petitioner, provided that a family member or other representative authorized in writing by the petitioner retrieves his property within 45 days of this Order. Should the property not be retrieved within 45 days, the

1

items shall be deemed abandoned by the petitioner and may be disposed of according to law.

SO ORDERED this _4_ day of _February_, 2015.

_____
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE